Same case below, 623 F.3d 1304.

**No. 10-1430. Lawrence W. Trull, Petitioner v. Francis D. Smolka, et al.**

565 U.S. 821, 132 S. Ct. 106, 181 L. Ed. 2d 33, 2011 U.S. LEXIS 6760.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 411 Fed. Appx. 651.

**No. 10-1431. Henry Tien, Petitioner v. Wachovia Bank, et al. (two judgments).**

565 U.S. 821, 132 S. Ct. 106, 181 L. Ed. 2d 33, 2011 U.S. LEXIS 6754.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 406 Fed. Appx. 378 (first judgment) and 406 Fed. Appx. 411 (second judgment).

**No. 10-1432. Sylvester Okoro, Petitioner v. City of Oakland Police Officer Enoch Olivas, et al.**

565 U.S. 821, 132 S. Ct. 106, 181 L. Ed. 2d 33, 2011 U.S. LEXIS 6655.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

**No. 10-1433. United States Steel Corporation, Petitioner v. United States, et al.**

**No. 10-1439. Nucor Corporation, Petitioner v. United States, et al.**

565 U.S. 821, 132 S. Ct. 106, 181 L. Ed. 2d 33, 2011 U.S. LEXIS 6871.

October 3, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same cases below, 621 F.3d 1351.

**No. 10-1434. Darrel Rundus, Petitioner v. City of Dallas, Texas, et al.**

**No. 10-1435. Darrel Rundus, Petitioner v. City of Dallas, Texas, et al.**

565 U.S. 821, 132 S. Ct. 107, 181 L. Ed. 2d 33, 2011 U.S. LEXIS 6703.

October 3, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same cases below, 634 F.3d 309.

**No. 10-1436. Bessie Irene Waltz, Petitioner v. United States, et al.**

565 U.S. 821, 132 S. Ct. 107, 181 L. Ed. 2d 33, 2011 U.S. LEXIS 6727.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 415 Fed. Appx. 782.